UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2020
```

SAMPSON L. COX,

                              Plaintiff,

        -against-

CHIEF DOCTOR JOHN MORLEY, *et al.*,

                              Defendants.

20-CV-7381 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of four letters from *pro se* Plaintiff, filed between October 14, 2020 and October 22, 2020 (attached to this order), submitting exhibits in support of his motion for a preliminary injunction and seeking clarification regarding the proper procedure for vigilantly prosecuting his transferred claims in the United States District Court for the Northern District of New York (ECF No. 16).  (ECF Nos. 19, 20, 21, & 22.)

As described in greater detail in the Court's Partial Transfer Order & Order of Service dated October 6, 2020: (1) Plaintiff's claims arising at Sullivan Correctional Facility are severed from Plaintiff's claims arising at Great Meadow Correctional Facility ("Great Meadow"), Clinton Correctional Facility ("Clinton"), and the claims against Department of Corrections and Community Supervision ("DOCCS") officials in Albany; (2) the severed claims—*i.e.*, the claims arising at Great Meadow and Clinton, and against DOCCS officials in Albany—are transferred to the United States District Court for the Northern District of New York; and (3) Plaintiff's request for injunctive relief was denied without prejudice to Plaintiff renewing his application in the Northern District of New York.  (ECF No. 16.)

*First*, the letters submitted by Plaintiff in support of his motion for a preliminary injunction (ECF Nos. 19, 20, & 21) were filed <u>after</u> this Court denied that motion (ECF No. 16) and transferred his claims giving rise to his motion for a preliminary injunction to the Northern District of New York.   Accordingly, to the extent that Plaintiff seeks to renew his application for a preliminary injunction in this Court, his motion is DENIED without prejudice.   He is directed to renew his motion in the transferee court if he wishes to proceed with his application.

*Second*, Plaintiff is advised that he is <u>not</u> required to file a new complaint in the Northern District of New York in order to proceed with his transferred claims in the transferee court. Instead, the Clerk of the Court will complete the transfer of his claims by submitting the files from this Court to the Northern District of New York.   Plaintiff will receive further notification after the transferred action has been assigned to a court in the Northern District of New York.

The Clerk of the Court is respectfully directed to include ECF Nos. 19, 20, 21, and 22 in the files submitted to the transferee court in the Northern District of New York.   The Clerk of the Court is further directed to mail a copy of this Order to Plaintiff at his address as listed on ECF and to show proof of service on the docket.

Dated: October 29, 2020                          SO ORDERED:
     White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

Page I of 3

Date 10-6-2020

To: Clerk Pro Se intake Unit
United States District Court
Southern District OF New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 14 AM 10: 33

From: Sampson Cox, Din: 13A1519
Great Meadow Correctional Facility
Box 51 Comstock, N.Y. 12821-0051

Re: Cox V. Morley et al., 20-CV-07381-NSR-PED

Dear Clerk:

GoD Bless the entire Courthouse! and all
the People OF it, in Jesus name amen.

Enclosed Please Find relevant Grievances
From Sullivan Correctional Facility Dated
11-12-18  3-7-19  4-16-19.  EXhibit B

Also enclosed Please Find letter address to
Honorable Judge Nelson Stephen Roman.

MY transmitted disease Which Was Wrongly
diagnosed in 2002 as herpes 1 mouth
bumps, is becoming extremely Worse.
MY Vision is Failing me and this is true.
I receive daily Pain and burning Sensations
Within my eye Socket's. MY Skin Continue's
to burn away With non stop discomfort
and White Patches that appear and than
Form into dark Patches OF burnt Skin. Fever
like Symptoms Continue to Cause my entire
head to become overly heated each day on and
OFF. Etc medical issue's.
Respectfully A Friend → Sampson Cox
Dated Submitted
October 6, 2020

CC.

Date 10-6-20·20    2 of 8

TO: Honorable Judge Nelson Stephen Roman
   United States District Court
   Southern District Of New York
   U.S. Courthouse - 500 Pearl Street
   New York, N.Y. 10007

From: Sampson Cox, Din: 13A1519
        ~~Great~~ Great Meadow Correctional
   Facility, Box 51 Comstock, N.Y. 12821-0051

Re: Cox V. Morley et al., 20-CV-7381-NSR-PED

Dear Honorable Judge Roman:

Good Day to you, and the entire Court-
house.

At this time medical attention is highly
needed. I wish to Settle this
Serious and highly dangerous medical
dispute with the defendants to this
action, as soon as Counsel is assigned
~~to~~ for the defendants.

I do not Know why my ongoing medical
dispute has turned into such a Crisis.

Skin Continue's to burn away since 2001!
Pain and burning Sensations within eye
Socket's every day now, on and off for
a few months now. Non Stop Symptoms and
discomfort. Deep burning to Scalp. Facial hair
burning away. Fevers. I Love all of you! in
Jesus name - amen
        Dated Submitted          Sampson Cox
CC.       October 6,2020

Sullivan Correctional Facility        DATE 11/12/18
Title Grievance
NAME SAMPSON COX, DIN: 13A1519  LOCATION: BN 159
Reg Program: A.M. Phase 2 P.M. Cust. Maint. EVE. Mob Guide
Reason: DR. Mikhail Gusman appointment


ON November 10, 2018 I was Seen by DR. Gusman
here at Sullivan C.F. at approximately 9:50 a.m.
DR. Gusman Performed a Fourth Physical after
I Complained to him about Pain due to a lump
on my right testicle. DR Gusman felt the lump
and Still told me that he was not going to do
anything for me. I then asked DR. Gusman to
Please examine my Skin due to the fact that
it is being burned away With noticable
Pigmentation Skin discolor. I also reminded him
that I'm in discomfort due to Stingging, tingly
feelings, and non Stop itching all over my entire
body every day daily. DR. Gusman refused to
examine me and Stated to me Saying the
State doesnt Care. I then looked at him and
then asked What about You? again he repeated
the State doesnt Care. I was dismissed
Without Further comments. DR. Gusman's action
Violate my rights Under the Constitution Due
Process clause, Eighth Amendment, DR. Gusman
Continue's to Provide inadequate medical Care
tourds my Constant medical needs. Continued ⟶

Grievance Continued P.g. 2. DATE 11/12/18

DR. Gusman's misconduct is disrespectful and harsh.

## Action Requested:

Grievant Cox needs A Second opinion! I Would f further like a prompt response Within 16 days OF receipt to this grievance. Grievant Cox Continues to utilize the grievance process to try and resolve the matter at hand. Adequate medical Services is highly requested. DR. Gusman's actions Fall below normal measures, and this Kind of behavior ~~Speaks~~ Speaks Volumes about the non medical Care that ~~I'm~~ inmate Cox is receiving.

Sincerely Sampson Cox

C.C. File

Superintendent William F. Keyser
Sullivan Correctional Facility
P.o. Box 116
Fallsburg, N.Y. 12733-0116

5 OF 8

Sullivan Correctional Facility          DATE 3-7-19
Title: Grievance
NAME: SAMPSON COX, DIN: 13A1519
LOCATION: EN 164

reason:   DENIED MEDICAL ATTENTION

ON March 1, 2019 at around 9.20 A.M. I
grievant Cox Was Seen in the Sullivan Correctional
facility medical Unit. I Was being Seen by
nurse A. Yerkes. I addressed the fact that I
have a White Patch and burnt Skin on the
right Under Side of my Private Part. I grievant
Cox Further Stated to Yerkes that I receive Fever
like Symptoms Which Continue to Cause my entire
head to become overly heated for Several month's
now on a daily basis. Pain Within eye Socket's,
burning Sensations Within eye Socket's, blurry Vision,
and nerve twitching to eye lid's. Deep burning to
face, and Scalp. Pigmentation Skin damage Which
has Caused my natural Skin tone to appear lighter
in blotche's as Well as in a Spread. Texture to
Skin Very loose. Constant itching, Stinging feelings,
Vibrating feelings, and tingly feeling's to every
Part of my body. Right eye brow loseing hair.
Pain to testicle's, Followed by a Painful lump on
right testicle. Sharp Pain and itching Within
Private Part. Brown Spotted Circle's on both the
Sole's of feet in different Size's. Grievant respectfully
asked nurse Yerkes to View the Symptom's on Private
area. nurse Yerkes, responded and Said No.
PATient bill of right's State's as Follow's: As a
Patient Under the Care and Custody of the new York
State department of Correction's and Community
Supervision (Doccs) Grievant Cox has the right
to Considerate and respectful Care. Nurse
Yerkes is in Violation to my eighth Amendment
right's, and my Due Process right's Under the
Fourteenth Amendment to the united State's
Constitution by law. This Same kind of

behavior Prior to this incident is the reason why inaccurate medical information has been entered into grievant Cox's medical file by Sullivan Correctional facility medical Staff. a obvious situation of intentional gross negligence is being performed. Grievant Cox's medical right's are governed by the eighth Amendment. medical Staff may not ignore grievant Cox's Condition by law. Grievant Further States that medical information Prior to this incident that has been entered into grievant Cox's medical file by the medical Staff here at Sullivan C.F. is invalid. It is false in the form of a lie to undermind the Court System as well as grievant Cox's Condition, Pain, and Suffering.

Action requested

Grievant Cox Wishes to obtain a grievance Number. Grievant Cox Wishes For a local (CDC) Facility "Central Disease Control" to be informed about all of grievant's Symptoms, reaction's, discomfort, and Pain, Complaints. Grievant Cox Wishes to be relieved from the Painful lump on his right testicle that has existed For a Year now without medical Care. Grievant Cox Wishes to be Seen by outside Specialist who are familiar with Said mentioned Syp Symptoms. In the Past Miranda Zander wou who came to Clinton C.F. refused to touch or examine grievant Cox's Skin. Miranda Zander only Stated to grievant that he Would receive light treatment When transferred.

CC. File

Sampson Cox

Honorable Judge Karas United States District Court Southern District of New York 300 Quarropas Street   Dated March 7, 2019 White Plains, N.Y. 10601

Pg 1 OF 3    7 OF 8

Sullivan Correctional Facility    DATE 4-16-19
Title Grievance
Name: SAMPSON COX, Din: 13A1519
Location: EN 164

Reason: Verbal abuse at medical


ON April 12, 2019 I grievant Cox was issued
a Pass by the E-North housing Unit OFFicer
at 8:55 a.m. For Sick Call. I arrived
to the medical Unit at around 9:05 a.m.
Shortly after my arrival I was Called to
the main medical area and told to wait in
room One. Nurse J. Camara entered the
medical room, looked at grievant Cox and
Stated in a very loud tone, I dont give a
Fu×k about your di×k balls or Skin
Complaints. This is how it is going to go,
You are going to Stop Coming to the medical
Unit. IF you come down here again Im
Sending you to mental health. Grievant Cox
tryed to express his medical Concerns but
Nurse J. Camara refused to hear anything
grievant Was Saying. Nurse Camara Continued to
express anger, Untill ~~Unit~~ grievant decided to get up
and leave the medical room. END.

        Action requested:

    AS a Patient Under the Care and Custody OF
    the New York State Department OF Corrections and
    Community Supervision You have the right to:
    Considerate and respectful Care;
    The name OF any Person Providing health Care
    Services to You. Nurse Camara refused to give
    me her name. A respectful OFFicer Was kind
    enough to Provide the name OF this nurse to me.
        "PATIENT BILL OF RIGHTS"

                                Continued →

Grievant Cox wishes to be free from Fear of reprisal in accordance With directive 4040 medical Care is not being honored/respected.

*Sampson Cox*

SAMPSON COX
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, N.Y. 12733-016

CC.File

DATED APRIL 16, 2019

NAME: Sampson Cox ___ DIN: 13A1519

COMSTOCK, NEW YORK 12821-0051

BOX 51

GREAT MEADOW CORRECTIONAL FACILITY

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 14 AM 10: 07

# LEGAL MAIL



To: Pro Se Intake Unit
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

Clerk

Correctional Facility

ALBANY NY 120
Great Meadow
7 OCT 2020 PM 3 L

NEOPOST
10/07/2020
US POSTAGE $

ZIP 12821
041M11283103



Date 10-12-2020

To: Clerk Pro Se Intake Unit
   United States District Court
   Southern District of NEW York
   500 Pearl Street
   New York, N.Y. 10007

From: Sampson Cox, Din: 13A1519
      Great Meadow Correctional Facility
      Box 51 Comstock, N.Y. 12821-0051

Re: Cox V. Morley et al., 20-CV-7381-NSR-PED

Dear Clerk:

Enclosed Please Find relevant Sick Call
Copies as Exhibit A. Pages Consist of
10 With excessive dates listed.

I'm Suffering Dearly! and the law
Under the Eighth Amendment is intentionally
being Violated, While the Court System
does nothing.

                                   Sampson Cox

God Bless   Respectfully
         A  Friend

 Dated Submitted October 12, 2020

C.C.

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 15  PM 3: 10

Sick Call   Date 2/14/19
Name: Sampson Cox,
Din: 13A1519
Location: F-4 9-Cell

request Sick call? Yes ongoing discomfort Plus damage being Caused.

reason: ongoing burning, and Pain Within both eye Socket's Nerve twitching to eye lids. itching, Stinging, Vibrating, and tingly feelings to all Parts of my body non Stop. lump on right testicle, Continues to receive Pain to testicle. Share Pain and itching Within Private Part. Blurry Vision. right eye brow loseing facial hair. Constant tingly feeling to eye brows. Skin is burning away Causing my Skin tone to become lighter in blotches as Well as in a Spread. White blotches and damaged burnt Skin Continue to Form and than burn Peel away, mainly on my Scalp. Deep burning to left Side of Face Plus head. Brown Spotted Circle's on Soles of Feet.

Sampson Cox

Dated Submitted 2/14/19
CC.


Sick Call   Date 12/17/19
Name: Sampson Cox
Din: 13A1519
Location: D-6 18

reason: Skin damage occuring noticeable damage to Sole's of Feet, also right pinky toe. Scalp Etc. not stop discomfort Plus Pain. did not receive exam on 12-17-19 appointment

Dated Submitted         Sampson Cox
CC.                     12-17-19

Sick Call Date 2/9/20

Name: Sampson Cox,

Din: 13A1519 D-6 18 Cell

Eye lids twitching on and off. Noticeable depigmentation damage to forehead and scalp. Non stop stinging, vibrating, itching, and tingly feelings to skin. Sharp pain and itching within private part. Pain within eye sockets, burning sensations, and blurry vision. Fever like symptoms causing head to become overly heated on and off every day. White patches continue to appear and than form into burnt skin. White patches appear faint compared to prior appearances. Skin continues to burn away. a pattern of depigmentation is highly noticeable on scalp. Skin texture loose. reddish brown spread on sole's of feet. lesion between right toe. Multiple brown spots on sole's of feet.

Dated Submitted 2-9-20        Sampson Cox

CC.


Sick Call Date 1/13/2020

Name: Sampson Cox,

Din: 13A1519

Location: D-6 18 Cell

Reason:
          Irrepearable skin damage occuring. depigmentation damage most noticeable on scalp. Non stop discomfort plus pain. lesion on right foot, left palm. Surgery postpowned, blood test taken today. Eye troubles Etc.
                              Sampson Cox

Dated Submitted 1-13-2020

CC.

Sick Call   Date 3-8-2020
Name: Sampson Cox,
Din: 13A1519
Location: A-7 B.H.U.

　　　Skin burning away Since 2001
Medical Emergency! Vision Failing me.
Deep burning to left Side of head. Pain
Within eye Sockets, burning Sensations,
blurry Vision, nerve twitching eye lids. Sharp
Pain itching Private Part. light headed.
Non Stop itching, Stinging, Vibrating, and tingly
feelings to entire body etc. Fever like Symptoms
every
　　　　　　　　　　　　Sampson Cox

CC.


Sick Call   Date 3/3/2020
Name: Sampson Cox,
Din: 13A1519
Location: A-7 B.H.U.

Signed up For Sick Call on 3-2-2020 and
requested eye drops and Hydrocortisone itch Cream.
Vision failing me. Skin Symptoms. Was Seen today
3-3-20 at Coxsackie C.F. For Follow up
Urologist. Would like to Know if disease
Specialist appointment Still Pending? Specialist
appointment to be Seen was approved.
Thank You For Your time! God Bless All of
You in Jesus name amen.
　　　　　　　　　　　　Sampson Cox
Dated Submitted 3-3-2020.

CC.

## Sick Call     Date 10-11-2020

Name: Sampson Cox, Din: 13A1519
Location: D-8 29 Cell

Reason:   Signed Up For Sick Call on
10-7-2020 and 10-8-2020 and
Was not Seen, having
Serious Vision issues, Non Stop
body discomfort, With Symptoms
and damage occuring.
request Sick Call!
Skin Continues to burn away
Since 2001. Vision Problems
occuring Since 2018 Which
have now decreased to ~~that~~
on and off Pain and burning
~~burning~~ to eyes.

STATUS:
Keeplock

CC. Dated Submitted october 11, 2020

Sick Call  Date 8-27-2020
Name: Sampson Cox,
Din: 13A1519
Location: D-5 27

Reason: lesion between Right toe Causing Pain,
        Dark Color blotches on both heel's of
        Feet. Decreasing Vision Problems, blurry
        Vision, Pain and burning Within eye
        Sockets For numerous Weeks. Skin
        burning away. Non itching, Stinging,
        Vibrating, and   stops
        tingly Feelings to body. irritation to
        Private Part along With Pain. Deep
        burning Causing indent to Front left
        Side of Scalp.          Sampson Cox

       Dated Submitted 8-27-2020
CC.


Sick Call  Date 10/7/2020
 Name: Sampson Cox,
Din: 13A1519
Location: D-6 12 Cell
STATUS: KeepLocked → Not Seen on

Submitted Second
Sick Call Slip.
10/8/2020 Not Seen
Again

Reason: Pain Within eye Sockets and burning Sensations
        Blurry Vision. ongoing each day on and off Pain
        and burning For a Few months now. blurry Vision
        For Several months. Deep burning to body Most
        noticeable on left Side of Scalp, Which has indent.
White Patches Plus dark patches on and off Causing Skin
to burn away. Noticeable deft depigmentation damage Showing
light Spots in a Spread and blotches. Non Stop itching,
Stinging, Vibrating, tingly Feelings Non Stop Since 2001.
overly heated head on and off For over a Year each day.
Dark Patches on heel's of Feet. Multiple brown Shaped
Circles on Soles of Feet and toes. Painful lesion between right
toe. Shar Pain itching Within Private Part. dull Pain to testicles
light headed      Dated Submitted 10-7-2020.   Sampson Cox
CC.

Sick Call                                    Date 5-11-2020

Name: Sampson Cox, Din: 13A1519
Location: D-6 8 Cell

Status: KeepLocked

   Reason: Needs eye drops. decreasing Vision
   damage! needs Hydrocortisone cream
   For non stop itching, Stinging, Vibrating,
   tingly Feelings to Skin.

   Dated Submitted 5-11-2020     Sampson Cox

CC.


Sick Call   Date 6/28/2020
Name: Sampson Cox,
Din: 13A1519
Location: D-5 27

      Reason: Needs eye drops. Skin Continues to
         burn away. Right eye brow loseing
         hair. Non Stop Stinging, Vibrating,
         itching, and tingly Feelings.
         overly heated head. Pain Plus itching
         itching inside Private Part. Pain
         to testicles. lesion between right
         toe hurts. burning Plus Pain
         Within eye Sockets. Deep burning
         to Scalp Causing indent appearances.
         Suffering every day needs medical
         Care! Request Hydrocortisone Cream.

                              Sampson Cox

      Dated Submitted 6-28-2020
CC.

## Sick Call                              Date 4/16/2020
Name: Sampson Cox, Din: 13A1519
Location: D-7 3 Cell

Request
Sick call?
Yes

Reason: Submitted Sick Call Slip
on 4-9-20 Was not Called For
Sick Call. I Would like to
request Cough medicine, eye drops,
aspirin, and nose Spray For
Stuffy Nose. Skin Still burning
away With non stop discomfort,
on and oFF Symptoms oF White
Patches that Continue to appear
and Form into burnt Skin.
Fever like Symptoms Causing my
entire head, neck, to become
overly heated on and oFF every
day. Pain to eye Sockets Followed
by burning Sensations, blurry
vision, and nerve twitching to
eye lids. Pain to testicles along
With itching and Sharp Pain
Within Private Part. Skin itching,
Stinging, Vibrating, as Well as
tingly Feelings.

CC.   Dated Submitted 4-16-2020   Sampson Cox

## Sick Call
Name: Sampson Cox, Din: 13A1519   Date 5/5/2020
Location D-6 8 Cell

Keeplock? Yes   Request Hydrocortisone Cream,
Aspirin, eye drops. outstanding medical
issue's remain. Submitted a
Sick Call Slip on 5-4-2020
and did not ~~receive~~ receive medical
Services
                                    Sampson Cox

CC.   Dated Submitted 4-16-2020

Sick Call   Date 2/13/19

Name Sampson Cox,

Din: 13A1519

Location: F-4 9-Cell

reason: burning Sensation's Followed by Pain Within
eye Sockets. Nerve twitching and to eye lids,
itching, Stinging, Vibrating, and tingly
Feelings to eye every part of my body. Pain
to testicles, lump on right testicle is
Causing me daily Pain. Sharp pain and
itching Within Private Part Seems to be
getting Worse! inner Corner oF right
eye brow loseing facial hair, Skin
Continues to burn away. depigmentation
Skin damage Can be Seen on Forehead
Plus Scalp, Brown Spotted Circle's in
different Sizes on Sole's oF Feet. leFt
Side oF Face Plus head appears to be
Sunk inn more than the right. Deep
burning has been occuring. (below eye's
Sunk inn.)

Sampson Cox

Dated Submitted 2-13-19

CC.

<u>Sick Call</u>   Date 8/22/18

reason:  Blurry Vision, along with
          Pain in eye Sockets.
          Constant twitches to eye lid's
          Pain within Private Part,
          Followed by Pain to testicles,
          itching and tingly feelings
          all over body, "non Stop" minor
          facial hair loss to eye brows
          and Side of Jaw line, headach's,
          Fevers, that are ongoing.

                              Sampson Cox

CC File
              Dated Submitted 8-22-18




<u>Sick Call</u>   Date 8/23/18

Sampson Cox, Din: 13A1519
BN 264
          Pain to Private area
          Will not Stop! Small lump
          on testicle is there. Pain
          to eye Socket's continue.
          Skin is Still burning away,
          the damage Can be noticed
          with a magnifine glass!
          Hydrocortisone Cream is not
          helping. itching, tingly feelings
          all over body.

CC.    Dated Submitted  8-23-18

<u>Sick Call</u>  Date 1/10/19
Name: Sampson Cox,
Din: 13A1519
Location: C-6 22 Cell

reason: Constant pain to testicle's and
        private part. lump on right testicle
        is causing me pain. Constant pain
        Within eye Sockets, along With
        burning Sensations, blurry vision,
        and nerve twitches to eye lid's.
        Skin through out body burning
        away, causing Constant itching,
        Stinging, and tingly, Feelings. all
        over my body. tingly feelings to
        facial hair.

                        Sampson Cox

        Dated Submitted 1-10-19
CC.


<u>Sick Call</u>   Date 1/28/19
Sampson Cox, Din: 13A1519

reason: my body is in constant discomfort
        all through the day. I continue to receive
        pain to my private area that really
        hurts. Sharp pain inside private part and
        pain to testicles. my skin needs a Second opinion.
        I cant even relax. I keep receiving tingly feelings
Vibrating, Stinging, and itching, to all parts of my body. my eyes
are burning, I have blurry vision, pain and nerve
twitches to my eye lid's non Stop. I can Notice the
pattern in which this disease is burning my Skin away. When
I look at my Forehead plus Scalp
CC.  Dated Submitted 1-28-19                    Sampson Cox

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Sampson Cox   DIN: 13A1519

NEOPOST          FIRST-CLASS MAIL
10/13/2020       $000.65⁰
US POSTAGE

ZIP 12821
041M11283310

Great Meadow

Correctional Facility

To: Clerk Pro Se Intake Unit
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

100079130 0014

SDNY PRO SE OFFICE

2020 OCT 13  PM 3: 04

"Legal Mail"

Date 10-12-2020

To: Clerk Pro Se intake Unit
   United States District Court
   Southern District of New York
   500 Pearl Street

From: Sampson Cox, Din: 13A1519
   Great Meadow Correctional Facility
   Box 51 Comstock, N.Y. 12821-0051

Re: Cox V. Morley et al., 20-CV-07381-NSR-PED

Dear Clerk:

Enclosed Please Find letter addressed to
Commissioner Anthony Annucci, Regarding
my request For a preliminary injunction/
Temporary ~~Restraining~~ Restraining order.

Also enclosed Please find Correspondence
From Chief Doctor John morley
Defendant in the above Case. Place As Exhibit
   B

God Bless Your entire Courthouse
in Jesus name amen.

   Respectfully A Friend!

   Sampson Cox
   Sampson Cox, Din: 13A1519
   Great Meadow Correctional
   Facility, Box 51 Comstock
   N.Y. 12821-0051

   Dated Submitted October 12, 2020.
CC:

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 15 PM 3:24

Date 10-12-20

To: Anthony Annucci, Acting Commissioner
   The Harriman State Campus- Building 2
   1220 Washington Avenue
   Albany, N.Y. 12226-2050

From: Sampson Cox, Din: 13A1519
     Great Mead Correctional Facility
     Box 51 Comstock, N.Y. 12821-0051

Re: Cox V. Morley et al., 20-CV-7381-NSR-PED

  Preliminary injunction/Temporary restraining
  order.

Dear Mr Annucci, Commissioner:

God Bless You in Jesus name with a burder
of love to rest on your heart! amen.

Im presently seeking a preliminary injunction
Temporary restraining order in the following
listed District Court through the listed Judge.

Honorable Judge Nelson Stephen Roman
United States District Court
Southern District of New York
500 Pearl Street, New York, N.Y. 10007

As of now my ergent medical need is
before such court and Im respectfully
requesting For you to have me sent to the
out side hospital For the Following reasons.

In 2002 blood test taken at Coxsackie
Correctional Facility showed signs of herpes
1 mouth bumps.                    "Continued"

Even though all of this information was already provided to you in the pass it is only right that I explain such truth, in hopes for a solution.

In 2001 I first received a round bump on my inner thigh that leaked puss for a few days before going away. Next I received raised white patches the same color as this paper on the shaft of my private part and scalp. The patches than started to form into dark patches of burnt skin. Next I received patchy hair loss to my head. While all of this was occuring I was receiving Non Stop itching, Stinging, Vibrating, and tingly feelings to my body, which remain Non Stop to date.

From 2001 to 2009 I continued to show symptoms of white patches that appeared an than formed into dark patches of burnt skin. I constantly requested for a skin test to be taken but was repeatedly denied by Docs medical personnel. I was teased, laughed at and much more. Depigmentation damage was showing causing my skin to appear lighter in a spread as well as in blotches, which are highly noticeable on my scalp as of now Brown Spotted Circle's started to appear on both the Sole's of my Feet in 2002 which are now showing in different shapes on the Soles of my Feet and toes, followed by very dark patches the color brown on the front and heels of both feet. I also have a dark brown raised lesion between my right toe that is painful.

"Continued"

MY Symptoms have only Progress Since 2001.

For over a Year now I receive Fever like Symptom that Cause my entire head Plus the rest of my body to become overly heated every day, on and OFF through out the day. I receive Pain and burning Sensations within both eye Sockets which Continue to occur each day now, on and OFF. I First Started to receive Pain within my eye Sockets Followed by burning in 2018, which were nothing Compared to now. I also have blurry vision, and receive nerve twitching to upper and bottom eye lids. I have deep burning occuring to my body which is Showing an indent on the left Side of my Scalp. The white patches Still occur as well as the dark patches of burnt Skin, but the white patches are are Faint Compared to earlier Stages of this transmitted disease which was Passed to me in 2001 in kingston n.y by tamara bullock.

MY facial hair is burning away with the appearance of white patches in blotches. my Skin texture is extremely loose due to many many Years of Skin being burned away. I receive Sharp Pain and itching within my Private Part. I have a lump on my right testicle that Causes on and OFF Pain. Im Starting to Feel light headed.

Medical Care is intentionally misleading Under the Doccs Custody.   "Continued"

I have witnessed lies and cover lies on a repeated basis by Doccs medical employees. This kind of cruel and unusual punishment is against the United States Constitution which prohibits cruel and unusual measures of corruption. Im entitled by law under the Eighth amendment to receive adequate medical care!

On July 2, 2020 Doctor Karandy here at Great Meadow Correctional Facility refused to examine me ever. after I told him that symptoms of white patches and burnt skin were showing on the shaft of my Private Part. Unit Chief Mr. Boydston and OMH Ms. Boule were present during this denial.

On 9-11-2020 I showed Dept Ms. Collins and Captain Mr. Lamey the deep burning causing indent on scalp, Plus the soles of my feet.

On 9-17-2020 Doctor Karandy Provided false information regarding refusal Form. On 9-17-2020 I was suppose to be seen by DR. Karandy at 8:15 A.M. but was not let out of my cell, even after I told Correction officer Sherwood several times that I had a call out. At around 6:00 P.M. A female nurse here at Great Meadow C.F. arrived to my location of D-5 27 cell with a refusal Form with comments listed from DR. Karandy

"Continued"

On 9-16-2020 I Showed Superintendent miller here at great meadow C.F the Soles of my Feet, and also Provided him with relevant medical information that would speak volumes For immediate medical Care! Superintendent miller told me to Send him a letter on 9-23-2020 I Submitted a Full description of my medical Concerns to mr. Miller, who did in Fact tell me that he would get in touch with Dept Baker For medical Services. Prior to these events medical Care has been ~~smoked~~ ignored, Such as not being Called to Sick Call When I Submit request. P.A. Nesmith refused to examine me during arrival to Great ~~medee~~ meadow C.F. during medical Screening. On 8-28-2020 two Female nurses refused to examine my Symptoms.

This denial OF Medical Services is being done deliberately. Regardless OF this Cruelty Please know that I love all of You in Jesus name amen. Please direct outside hospital Services For the Seriousness OF my Condition. This matter has been ongoing and I'm being irrepearable harmed because OF it I love You!

CC

United States District Court
Southern District OF New York
500 Pearl Street
New York, NY. 10007

*Sampson Cox*
Sampson Cox #13A1519
Great Meadow
Correctional Facility
Box 51 Comstock,
NY. 12821-0051

Dated Submitted
October 12, 2020

EXHIBIT B



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

August 20, 2020

Sampson Cox, 13A1519
11739 State Route 22
PO Box 51
Comstock, NY 12821-0051

Dear Mr. Cox,

Governor Cuomo and Acting Commissioner Annucci have asked me to respond to your recent letter.

The Division of Health Services has investigated your concerns with the Health Services staff at Great Meadow Correctional Facility. I have been advised that you approved referrals for Dermatology, lab work and to see your provider and will be scheduled soon. Please be reminded that your primary care provider is the determinant of your medical care and treatment plan.

It is suggested that he continue to bring any medical concerns to the attention of the health care staff using the existing sick call procedure. I am sure they will make every effort to address his needs.

Sincerely,

John Morley, M.D.
Deputy Commissioner/Chief Medical Officer
Division of Health Services

JM/TB

cc: FHSD, Great Meadow Correctional Facility

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051
NAME: Sampson Cox   DIN: 13A1519

Great Meadow

Correctional Facility

NEOPOST    FIRST-CLASS MAIL
10/13/2020
US POSTAGE $000.65⁹

ZIP 12821
041M11283⁹

To: Clerk Pro Se intake Unit
United States District Court
Southern District of New York
500 Pearl Street
New York, NY. 10007

1000781330 0014

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 15 PM 3:04

"Legal Mail"

To: Court Clerk
       Pro Se Intake Unit
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RECEIVED

Date 10-19-2020

OCT 22 2020

PRO SE OFFICE

From: Sampson Cox, Din: 13A1519
       Great Meadow Correctional Facility
       Box 51 Comstock N.Y. 12821-0051

Re: Cox V Morley et al., 20-CV-7381-NSR-
       PED

Dear Clerk:

Enclosed Please find grievances With
Written dates of 3-7-19 and
10-14-2018. Please Place them as Exhibit
B. Also Find CORC Decision As
Exhibit B.

According to Partial TransFer ORDER
Date Filed 10-6-2020 I Would like to
Know IF the Northern District defendants
Case Will be opened on its oWn or
do I have to Submit a Complaint on
my own. on Page 8 it States
that the Clerk is ordered to transfer
Severed defendants to the Northern District.
IF this is So What Northern District
Court Was the Defendants For Northern
District transfere transferred to. I have
a address Packet Which list a Few
Northern District Courts. Please respond
and let me Know. God Bless all
                             OF You
                                              Sampson Cox

       Dated Submitted october 19, 2020.
CC.
                                     In Jesus name!

Sullivan Correctional Facility          DATE 3-7-19
Title: Grievance
NAME: SAMPSON COX, DIN: 13A1519
LOCATION: EN 164

Reason: DENIED MEDICAL ATTENTION

ON March 1, 2019 at around 9:20 A.M. I grievant Cox was Seen in the Sullivan Correctional facility medical unit I was being Seen by nurse A. Yerkes. I addressed the fact that I have a white patch and burnt Skin on the right under Side of my private part. I grievant Cox further Stated to Yerkes that I receive Fever like Symptoms Which continue to cause my entire head to become overly heated for Several month's now on a daily basis. Pain within eye Socket's, burning Sensations within eye Socket's, blurry vision, and nerve twitching to eye lids. Deep burning to face, and Scalp. Pigmentation Skin damage Which has caused my natural Skin tone to appear lighter in blotche's as well as in a Spread. Texture to Skin very loose. Constant itching, Stinging feelings, vibrating feeling's, and tingly feeling's to every part of my body. Right eye brow loseing hair. Pain to testicle's, Followed by a Painful lump on right testicle. Sharp Pain and itching within Private Part. Brown Spotted Circle's on both the Sole's of feet in different Size's Grievant respectfully asked nurse Yerkes to view the Symptom's on Private Area. nurse Yerkes responded and Said No. Patient bill of rights State's as Follow's: As a patient under the care and custody of the new York State department of Correction's and Community Supervision (Doccs) Grievant Cox has the right to Considerate and respectful Care. Nurse Yerkes is in violation to my eighth Amendment rights, and my Due Process rights under the Fourteenth Amendment to the United State's Constitution by law. This Same Kind of

behavior Prior to this incident is the reason why inaccurate medical information has been entered into grievant Cox's medical file by Sullivan Correctional Facility medical Staff. obvious Situation of intentional Gross negligence is being Performed. Grievant Cox's medical right's are governed by the eighth Amendment. medical Staff may not ignore grievant Cox's Condition by law. Grievant Further States that medical information Prior to this incident that has been entered into grievant Cox's medical file by the medical Staff here at Sullivan C.F. is invalid. it is false in the form of a lie to undermind the Court System as Well as grievant Cox's Condition, Pain, and Suffering.

## Action requested

Grievant Cox Wishes to obtain a grievance Number. Grievant Cox Wishes For a local (CDC) Facility "Central Disease Control" to be informed about all of grievants Symptoms, reaction's, discomfort, and Pain, Complaints. Grievant Cox Wishes to be relieved from the Painful lump on his right testicle that has existed For a Year now Without medical Care. Grievant Cox Wishes to be Seen by outside Specialist Who are familiar With Said mentioned Syp Symptoms. IN the Past Miranda Zander Woll Who Came to Clinton C.F. refused to touch or examine grievant Cox's Skin. Miranda Zander only Stated to grievant that he Would receive light treatment When transferred.

C.File                                               Sampson Cox

Honorable Judge Karas United States District Court
Southern District of New York 300 Quarropas Street    Dated March 7, 2019
White Plains NY. 10601

4 OF 6

DATE
October 14, 2018

Sullivan Correctional Facility

Grievance

NAME: Sampson Cox, Din: 13A1519

Program: A.M. Education P.M. Cust.maint. EVE.MOB Guide
(Defendant Constance Lescano)

reason: Emergency Sick Call/Plus Follow up medical Services
October 8, 2018 Consolidated October 9, 2018

ON October 8, 2018 I reported a Series of medical issues to C.o. Deappollo of BN At around 10:15. I was sent to the medical unit and Seen by the Same female nurse on prior Sick Call appointments. I told her that the lump on my right testicle Continues to Cause me pain. I also Said that I receive pain and itching Within my private part. I then told the nurse that my Skin will not Stop itching, Stingging, and receiving tingly feelings. The nurse took my blood pressure and used the rubber Stick for my mouth. my blood pressure was high and the nurse Said that Something was wrong with my breathing. I was then told to lay on the medical bed. The nurse walked out of the room and then returned within a minute. The nurse pushed Something against my feet and then Said Oh Im Sorry. the nurse then walked to the back of the bed and Said Oh Im Sorry you wanted this down While lowering the head part of the bed. The nurse Continued to Check my blood pressure While walking in and out of the room telling the C.o.s What and What not Se She was going to do in regards to me. The nurse then used a magnifine glass and light that was attached or next to the bed. the nurse looked at my head and then Said I Can See What you were talking about As Far as the

Continued →

Grievance Continued. Sullivan Correctional
Side 2.                        Facility 10/14/18

blotches of Skin discolor. the nurse Called Someone
on the phone and then gave me a pill that She Said
Was Chalahtapin It read U on top and the number
315 on the bottom. I took two pills that made me
feel dizzy. While I Was laying down the C.O. Came
in and looked at the reading of the blood pressure.
his face impression Was that as if he Was Saying
Wow! The C.O. left and then Came back
Without the nurse and Said You Can go back
now. He then Said that I Would be Called the
following day for a follow up.
ON October 9, 2018 I Was Sent to the medical unit
at 3:15 pm When I Was Seen by the Same nurse
at around 3:19 pm the nurse Was being Verbally
mean and told me that She Was going to lock me
up for not following orders. I asked her What orders?
and She Said When I told You to report to Sick
Call. I told her that She Was Sitting in the office
When the C.O. told me that I Would be Called back
the following day. the nurse Said quiet Stop No more.
this female nurse Continues to threathen me With
misbehavior reports When know misbehavior is occuring.
She Continues to tell C.O.s and other nurses that She
is going to write me up. She is Verbally mean and tells
me to be quiet When I express my Symptoms to her
for the record I Will not harass, threathen, or display any
Violent Conduct tourds tourds any Staff members. Posess or
Carry any Weapons. Action request: I need the title of this nurse
CC. File            Sampson Cox #13A1519 October 14, 2018

COX 13A1519   (?)   Great Meadow



| NEW YORK STATE Corrections and Community Supervision | Grievance Number SUL-24977-19 | | Desig./Code I/22 | Date Filed 04/23/19 |
|---|---|---|---|---|
| ANDREW M. CUOMO Governor   ANTHONY J. ANNUCCI Acting Commissioner | Associated Cases | | | Hearing Date 07/30/20 |
| | Facility Sullivan Correctional Facility | | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance Issues At Medical | | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon a full hearing of the facts and circumstances presented in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is accepted in part.

CORC notes that the grievant's complaint has been reviewed by the Division of Health Services' staff who advise that a complete investigation was conducted and that the grievant is receiving appropriate treatment. It is noted that he was evaluated by urology and dermatology, and that he continues to receive medical care at his current facility.

CORC recommends that the grievant address any further medical concerns to medical staff via established sick call procedures.

With respect to the grievant's appeal, CORC notes that RN C... denies being unprofessional on 4/12/19 and finds insufficient evidence of malfeasance by staff. CORC also notes that he has since been transferred and advises him to address issues regarding nursing staff to the Nurse Administrator for the most expeditious means of resolution.

MPS/

---

---

This document has been electronically signed by Shelley M. Mallozzi

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Sampson Cox DIN: 13A1519



PRO-SE-OFFICE

"Legal Mail"

To: Clerk Pro Se intake Unit
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

10007₹1380 0014

Great Meadow
Correctional Facility

NEOPOST
10/20/2020
US POSTAGE $000.65⁰

FIRST-CLASS MAIL

ZIP 12821
041M11283103

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _Sampson Cox_  DIN: _13A1519_

Dated Submitted
October 19, 2020

✪ Printed on Recycled Paper