

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2022

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6185

May 26, 2022



**BY ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Defendants' request is GRANTED. Defendants shall have until June 6, 2022 to respond to Plaintiff's letter dated May 9, 2022 (ECF No. 59). Defendants may file their response under seal by emailing the response to the Court, indicating it is a sealed filing. The Clerk of Court is kindly directed to terminate the motion at ECF No. 61 and to mail copy of this Memorandum Endorsement to *pro se* Plaintiff at his address listed on ECF and to show service on the docket.

Re: Cox v. Morley, et. al., 20-Civ-7381 (NSR)

SO ORDERED:

DATED: May 27, 2022
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Judge Román:

This Office represents defendants William Keyser, Nurse Constance Lescano, Nurse Judith Ann Camara, Dr. Mikhail Gusman, Nurse Kyle Henry, Nurse Administrator Diane Hinton, Dr. Yelena Korobkova, Nurse Carol Chiocchi, and Nurse Abigail Yerkes Keyser, I write to respectfully request an extension of the May 30, 2022 deadline set in the Court's Memorandum Endorsement (ECF No. 60) to respond to Plaintiff's correspondence dated May 9, 2022, to June 6, 2022. The reason for this request is that I am still in the process of obtaining recent medical records and investigating Plaintiff's claims, including contacting relevant personnel, while at the same time preparing for pre-trial submissions due next week in Stanbro v. Palou, 20 Civ. 1591 and an upcoming deposition. We also request permission to send the letter to the Court via facsimile or e-mail and to not file it via ECF as the letter may contain sensitive health information.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Jeb Harben

JEB HARBEN
Assistant Attorney General
jeb.harben@ag.ny.gov

cc: (by regular mail)
Sampson Lamar Cox
13A1519
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733-0116