Case 7:20-cv-07381-NSR   Document 88   Filed 12/29/22   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/29/2022
```

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
COX,

                 Plaintiff,

    - against -

CAMARA, et al.,

                 Defendants.
------------------------------------------------------------------ X

Case No. 20 Civ. 7381 (NSR)

**DECLARATION OF SERVICE**

**Jeb Harben**, an attorney duly admitted to practice in New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

On October 11, 2022, I mailed a copy of the Defendants' Notice of Motion to Dismiss the Amended Complaint and Defendants' Memorandum of Law in Support of the Motion to Dismiss the Amended Complaint (all unreported decisions cited in Defendants' Memorandum of Law were previously provided to Plaintiff) to:

    Sampson Cox
    DIN # 13-A-1519
    Marcy C.F.
    Box 3600
    Marcy, NY 13403

by depositing a true and correct copy thereof, properly enclosed in a postpaid wrapper, in a post-office box regularly maintained by the government of the United States, directed to the pro se plaintiff at the address within the State designated by him for that purpose.

                              /s/Jeb Harben
                              Jeb Harben

Executed: New York, NY
          October 11, 2022

Defs' motion is DENIED without prejudice to re-file in accordance with this Court's Individual Rules. See Individual Practices in *Pro Se* Cases Rule 7; Individual Practices in Civil Cases Rule 3.A. Def. is directed to respond to or otherwise seek leave to move in response to Plf's Am. Compl. by Jan. 13, 2023.

The Clerk of Court is respectfully directed to mail a copy of this Endorsement to *pro se* Plf. at Plf's address listed on ECF and to show service on the docket.

Dated: December 29, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE