**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SAMPSON COX,

               Plaintiff,

      -against-                                     20 **CIVIL** 7381 (NSR)

                                                  **JUDGMENT**

DR. MIKHAIL GUSMAN et al.,

               Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 8, 2024, the Defendants' motion to dismiss

is GRANTED and all claims are dismissed with prejudice. Judgment is issued in favor of

Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      March 11, 2024

                                         **RUBY J. KRAJICK**

                                   _____
                                       **Clerk of Court**

             **BY:**    K. mango

                                     _____
                                        **Deputy Clerk**